OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
Angela D. Allen, Attorney
State Bar No. 00786970
Staff Attorney for Tim Truman Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180
angelaa@ch13ftw.com
Phone: (817) 770-8500
Facsimile: (817) 770-8511

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-43656-MXM |
| Denise & Aline Hobbs | § | |
| | § | CHAPTER 13 |
| Debtors | § | |
| | § | |

## APPLICATION TO EMPLOY THE PULAKSI LAW FIRM, PLLC and SHELDON LAW GROUP AS SPECIAL COUNSEL

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST **21 DAYS** FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVANT PRIOR TO THE RESPONSE DEADLINE. IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO HEARING IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

TO THE HONORABLE JUDGE OF THE SAID COURT:

Tim Truman, Chapter 13 Trustee ("Applicant"), file this application pursuant to 11 U.S.C. § 327(e) and 330, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1 and 2016-1. Applicant respectfully represent to the Court as follows:

1. On August 8, 2008, Debtors filed a bankruptcy petition under Chapter 13 of the Bankruptcy Code. Tim Truman was duly appointed Chapter 13 Trustee in this proceeding.

2. Applicant wishes to employ as special counsel, The Pulaski Law Firm, PLLC and Sheldon Law Group ("Special Counsel").

3. Special Counsel's office is located at 2925 Richmond, Suite 1725, Houston, Texas 77098, and 1250 Connecticut Avenue NW, Suite 700, Washington, DC 20036, respectively.

4. Special Counsel's primary area of practice is Personal Injury and Civil Trial Litigation.

5. Special Counsel will continue to represent Applicant with respect to a product liability claim (the "Litigation"). The Debtor retained Special Counsel in July of 2019. Special Counsel has been rendering legal services to Applicant regarding the Litigation. Special Counsel's knowledge of the facts and extent of involvement in the Litigation have been such that Applicant requests the employment be approved effective as of July 2019.

6. Under the terms of section 327(e), in order to hire counsel for a special purpose, the debtor must demonstrate that: (1) The attorney previously represented the debtor; (2) The attorney's employment is in the best interest of the estate; and (3) The attorney does not hold an interest adverse to the debtor or estate with respect to the special matter. Section 327(e) allows a debtor to retain special counsel who is not otherwise disinterested in all respects, as long as the attorney is disinterested in respect of the matter for which the attorney is retained. *In re Peters Contracting, Inc.,* 301 B.R. 857, 860 (Bankr. M.D. Tenn. 2003) (approving employment even though law firm previously represented creditor in state court matter involving same facts). In this instance, the fact

that Special Counsel was retained in July 2019 and has already rendered legal services to Applicant does not disqualify Special Counsel from representing Applicant with respect to Potential Litigation.

    7.    Special Counsel will provide the following professional services:

        (a)    Give Applicant legal advice on the State Court Litigation; and

        (b)    Represent Applicant in all aspects of the State Court Litigation, including but not limited to filing a lawsuit, settlement negotiations, hearings and trial.

    8.    Applicant wishes to retain Special Counsel pursuant to the terms of the fee agreement that is attached as Exhibit "A".

    9.    Applicant has selected Special Counsel because Applicant believes Special Counsel is well qualified to represent Applicant in the State Court litigation.

    10.    To the best of Applicant's knowledge, Special Counsel has no connections with the creditors or any other party in interest or their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

    11.    To the best of Applicant's knowledge, Special Counsel has no interest adverse to the Applicant or the estate in any of the matters upon which Special Counsel is to be engaged, and employment of Special Counsel would be in the best interest of Applicant and the estate.

WHEREFORE, PREMISES CONSIDERED, Applicant prays for an order of this Court:

(a) Authorizing the employment of Special Counsel,

(b) Granting Applicant such other and further relief as is just.

Respectfully submitted,

By: /s/ Angela D. Allen
Angela D. Allen
Angela D. Allen, Staff Attorney
State Bar No. 00786970
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180
(817) 770-8500

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or by first class mail on the Debtor's attorney, the Debtor and all parties entitled to electronic notice:

Dated: 9/1/23

By: /s/Angela D. Allen
Angela D. Allen

## DECLARATION OF PROPOSED SPECIAL COUNSEL

STATE OF TEXAS           §
COUNTY OF HARRIS         §

1. My name is Darsey Glean.
2. I am over twenty-one (21) years of age, of sound mind, capable of making the Affidavit and fully competent to testify to the matters state herein, and I have personal knowledge of the matters set forth herein.
3. I have read the Application to Employ Special Counsel and hereby certify that the statements contained therein in reference to me are true and correct to the best of my knowledge.
4. I am an attorney at law, duly licensed to practice in the Courts of the State of Texas. I maintain offices at 2925 Richmond, Suite 1725, Houston, Texas 77098.
5. Any connection I have with and ("Applicants") has been disclosed in the Application to Employ Special Counsel.
6. I have no connection with the creditors of Applicants, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.
7. To the best of my knowledge and belief, neither I nor any member of my firm has any interest adverse to Applicants.
8. I am aware that my fees and expenses are subject to final Bankruptcy Court approval.

_____
Darsey Glean

### VERIFICATION

BEFORE ME, the undersigned, a Notary Public for and in the State of __TEXAS__, on this day personally appeared __DARSEY GLEAN__ being by me duly sworn on his oath deposed and said that she has read the above and foregoing Application to Employ Special Counsel and that the allegations contained therein are within his personal knowledge and true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME on __August 30th, 2023__, to certify which witness my hand and official seal.

JESSICA STARR MCDANIEL
Notary ID #130131533
My Commission Expires
August 17, 2026

_____
Notary Public, In and For the State of
__Texas__

APPLICATION TO EMPLOY SPECIAL COUNSEL                          PAGE 5 of 7

### DECLARATION OF PROPOSED SPECIAL COUNSEL

STATE OF NEW YORK §
COUNTY OF Nassau §

1. My name is Gary Podell.
2. I am over twenty-one (21) years of age, of sound mind, capable of making the Affidavit and fully competent to testify to the matters state herein, and I have personal knowledge of the matters set forth herein.
3. I have read the Application to Employ Special Counsel and hereby certify that the statements contained therein in reference to me are true and correct to the best of my knowledge.
4. I am an attorney at law, duly licensed to practice in the Courts of the State of Washington.
5. I maintain offices at 1250 Connecticut Avenue NW, Suite 700, Washington, DC 20036.
6. Any connection I have with and ("Applicants") has been disclosed in the Application to Employ Special Counsel.
7. I have no connection with the creditors of Applicants, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.
8. To the best of my knowledge and belief, neither I nor any member of my firm has any interest adverse to Applicants.
9. I am aware that my fees and expenses are subject to final Bankruptcy Court approval.

_____
Gary Podell

### VERIFICATION

BEFORE ME, the undersigned, a Notary Public for and in the State of _New York_, on this day personally appeared _Gary Podell_ being by me duly sworn on his oath deposed and said that she has read the above and foregoing Application to Employ Special Counsel and that the allegations contained therein are within his personal knowledge and true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME on _August 31, 2023_, to certify which witness my hand and official seal.

APPLICATION TO EMPLOY SPECIAL COUNSEL                    PAGE 6 of 7

> JENNIFER ANN GUARINO
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01GU6434902
> Qualified in Kings County
> Commission Expires 06/13/2026

Notary Public, In and For the State of New York

*J. Guarino*

# CONTRACT OF EMPLOYMENT

I, _____, hereby constitute, appoint and employ, the Pulaski Law Firm, PLLC, and Sheldon Law Group, hereinafter the "Attorneys" as my attorneys at law and in fact, to investigate, prepare and prosecute any claim or suit for personal injuries, suffered by the below mentioned client.

## I. BASIS FOR CONTRACT

Client hereby retains the Attorneys to represent him/her in connection with his/her personal injury claim against all responsible parties including, but not limited to manufacturers and distributors, arising out of the exposure to ▇▇▇▇▇. Client authorizes the Attorneys to associate co-counsel as the Attorneys may deem necessary and to share any fees contemplated in this contract with such co-counsel with the express understanding that associating with co-counsel will NOT increase the fees set forth in Paragraph III below.

After the appropriate investigation, the Attorneys reserve the right to rescind this contract. I hereby fully empower, authorize and direct said attorneys to manage and handle, as they deem necessary, best and proper, said claim, cause of action, suit or suits that may grow out of the same, and to prosecute said causes of action with or without suit in any manner they deem advisable. They are hereby authorized and empowered to deliver in my name any and all notices, receipts, authorizations, releases, pleadings and any other documents and instruments proper in the handling of said claim.

## II. CLIENT'S COOPERATION

The Client agrees to cooperate fully with the Attorneys, disclose all relevant facts and promptly advise the Attorneys of any change in address or telephone number. The client authorizes the Attorneys to use their professional judgment and any relevant documents, records or other information that the Attorneys deem necessary to the proper representation of the Client. Client acknowledges and agrees that Attorneys may provide limited Client case information to a third party lender for the purposes of obtaining financing for the benefit of Client's case. In order to assure adequate representation and communication, Client provides the express authorization for the Firms to contact Client via all reasonable methods including but not limited to phone calls, email, and text message. The Client agrees to promptly comply with all reasonable requests of the Attorneys on all matters included in this contract. The Client understands that failure to fully cooperate may be a basis for termination of this contract. Client understands that it will take Attorneys a minimum of ninety (90) days to evaluate Client's potential claim. Client understands that Client's claim is subject to a statutory time limit that may expire during the Attorneys' investigation. Client further agrees that the Attorneys may withdraw from representing the Client if the Attorneys deem withdrawal warranted.

Client agrees that Client has not previously hired or retained another lawyer to represent Client with respect to any injury or against any entity for which this Contract of Employment is applicable, and that no other lawyer or law firm has any lien for attorney's fees or expenses related to Client's injury or claim. Client further agrees Client will not retain other lawyers or law firms to represent Client with respect to any injury or against any entity for which this Contract of Employment is applicable. Client understands and agrees that in consideration for the services the Attorneys provided to Client, the Attorneys are entitled to be reimbursed for all their attorney's fees, and for costs and disbursements advanced on behalf of Client with respect to Client's claims.

## III. CONTINGENT FEE ARRANGEMENT

The Attorneys will assume joint responsibility for representation of the Client. In consideration of the services rendered and to be rendered to the Client by the Attorneys, the Client agrees to grant to the Attorneys for the Attorneys' compensation in handling the Client's lawsuit in the following present undivided interest and assignment in the claims and the lawsuit: 40% (50% to Pulaski; 50% to Sheldon). The fee percentage calculation will be made based on the gross recovery before deduction of any expenses. **In the event there is no recovery client owes Attorneys nothing.**

## IV. EXPENSES FOR THE LAWSUIT

The Attorneys agree to pay for any and all reasonable expenses associated with the prosecution of client's claim. It will be necessary for the Attorneys to incur and advance certain court costs and expenses for the Client. These Client-specific costs and expenses may include, but are not limited to, the following: filing and service fees; costs for medical exams, reports and records; costs for third-party medical record reviews and summaries; medical or technical expert witness costs; cost for investigative services; travel expenses (including air fare, ground transportation, lodging and meals); deposition expenses and court reporter fees; costs and fees associated with any necessary estate administration procedures; outside trial service providers; trial equipment rental and operation fees; preparation of exhibits and graphics; and copying, postage, shipping; and courier expenses. Separate from these costs and expenses, Client agrees that Attorneys shall charge a flat two hundred dollar ($200) administrative fee to cover the cost of opening and setting up the case file and incidental expenses that would not be cost-effective to track on an individual basis. Client agrees to reimburse Attorneys for all such costs and expenses from Client's share of any money recovered by settlement or judgment. However, in the event that no recovery is obtained on Client's claim, Attorneys will make no charges for his or her time, services, fees, court costs, or other expenses that have been advanced. Upon receipt by the Attorneys of any proceeds of any recovery, the Attorneys shall (1) deduct 40% from the amount as attorneys' fees, (2) deduct any costs or expenses already paid or incurred by the Attorneys from the Client's portion of the recovery, including an interest rate of 1.5% monthly on any advanced expenses, and (3) disburse the remainder to the Client, subject to any liens on Client's recovery.

## V. RESOLUTION OF CASE BY SETTLEMENT

The Client agrees not to attempt on his/her part to unilaterally settle the claims made the subject of this contract. The Client will rely exclusively upon the representation of the Attorneys during any settlement negotiations. In the event that Client settles the claim unilaterally, Attorneys shall be entitled to recover all of its fees and expenses as set forth herein. No settlement will be made without the Client's consent.

EXECUTED this Jul 17, 2019                    .

ACCEPTED BY:

*Aline M Hobbs*
_____          THE PULASKI LAW FIRM, P.L.L.C.
**CLIENT SIGNATURE**

_____          _____
**CLIENT SIGNATURE**                  **FOR THE FIRMS**

Aline M Hobbs
_____
**PRINTED NAME(S)**


_____
**CITY, STATE, ZIP**


_____
**TELEPHONE NUMBER(S)**

alidenhobbs@gmail.com
_____
**EMAIL ADDRESS**