

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 27, 2023**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-43656-MXM |
| **Denis & Aline Hobbs** | § | |
| | § | CHAPTER 13 |
| **Debtors** | § | |

### ORDER ON APPLICATION TO EMPLOY THE PULAKSI LAW FIRM, PLLC and SHELDON LAW GROUP AS SPECIAL COUNSEL

CAME ON for consideration a MOTION TO EMPLOY SPECIAL COUNSEL. The Court is of the opinion that the Motion should be GRANTED based on the Parties' failure to file a timely response. The Court FINDS:

1. There are no objection to the employment of special counsel as set out in the Motion; and

2. Special Counsel has represented to the Court that Special Counsel and Special Counsel's law firm do not hold or represent interests adverse to the Debtor or the bankruptcy estate, are disinterested, and the employment of Special Counsel is in the best interest of the Debtor, the bankruptcy estate, and all parties-in-interest.

IT IS THEREFORE ORDERED that the Motion to Employ Special Counsel is GRANTED.

IT IS FURTHER ORDERED that the employment shall be pursuant to 11 U.S.C. § 327(a) with all fees and expenses payable subject to interim and/or final approval of this Court.

IT IS FURTHER ORDERED that Special Counsel and Special Counsel's law firm shall comply in all respects with L.B.R. 2016-1 and all applicable rules of court.

###END OF ORDER###