

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 27, 2023**

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-43656-MXM |
| Denis & Aline Hobbs | § | |
| | § | CHAPTER 13 |
| Debtors | § | |

### ORDER ON APPLICATION TO EMPLOY THE PULAKSI LAW FIRM, PLLC and SHELDON LAW GROUP AS SPECIAL COUNSEL

CAME ON for consideration a MOTION TO EMPLOY SPECIAL COUNSEL. The Court is of the opinion that the Motion should be GRANTED based on the Parties' failure to file a timely response. The Court FINDS:

1. There are no objection to the employment of special counsel as set out in the Motion; and

2. Special Counsel has represented to the Court that Special Counsel and Special Counsel's law firm do not hold or represent interests adverse to the Debtor or the bankruptcy estate, are disinterested, and the employment of Special Counsel is in the best interest of the Debtor, the bankruptcy estate, and all parties-in-interest.

IT IS THEREFORE ORDERED that the Motion to Employ Special Counsel is GRANTED.

IT IS FURTHER ORDERED that the employment shall be pursuant to 11 U.S.C. § 327(a) with all fees and expenses payable subject to interim and/or final approval of this Court.

IT IS FURTHER ORDERED that Special Counsel and Special Counsel's law firm shall comply in all respects with L.B.R. 2016-1 and all applicable rules of court.

###END OF ORDER###

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                           Case No. 08-43656-mxm

Dennis Ray Hobbs                                                                          Chapter 13

Aline Marie Hobbs

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4                                       User: admin                                            Page 1 of 2

Date Rcvd: Dec 27, 2023                           Form ID: pdf012                                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| sp | + | Sheldon Law Group, 1250 Connecticut Avenue NW, Suite 700, Washington, DC 20036-2657 |
| cr | + | The Pulaski Law Firm, PLLC, 2925 Richmond, Suite 1725, Houston, TX 77098-3136 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                                   Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela D. Allen | on behalf of Trustee Tim Truman angelaa@ch13ftw.com |
| Brandon Scot Pierce | on behalf of Creditor Fort Worth ISD spierce@whitakerchalk.com ssalata@whitakerchalk.com |
| Chapter 13 Trustee Fort Worth | on behalf of Trustee Tim Truman ftwecf@ch13ftw.com |
| James Wallace King | on behalf of Creditor Wells Fargo Financial Texas Inc. jking@offermanking.com |
| Marcus B. Leinart | on behalf of Joint Debtor Aline Marie Hobbs ecf@leinartlaw.com |

District/off: 0539-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 27, 2023 | Form ID: pdf012 | Total Noticed: 2

| | |
|---|---|
| | ecfbackup@leinartlaw.com;llfecfbackup@yahoo.com;leinartlawfirmtx@jubileebk.net |
| Marcus B. Leinart | on behalf of Debtor Dennis Ray Hobbs ecf@leinartlaw.com<br>ecfbackup@leinartlaw.com;llfecfbackup@yahoo.com;leinartlawfirmtx@jubileebk.net |
| R. Christopher Naylor | on behalf of Creditor Wells Fargo Financial Texas Inc. blueoval@dntlaw.com |
| Rodric Bruce Medley | on behalf of Creditor Fort Worth ISD arlbank@pbfcm.com |
| Sidney H. Scheinberg | on behalf of Creditor Wells Fargo Financial Texas Inc. SScheinberg@GodwinBowman.com,<br>sidscheinberg@me.com;MRush@GodwinBowman.com;Kramos@GodwinBowman.com |
| Tim Truman | ftworthchapter13trustee-ecf@ch13ftw.com |
| Todd Wyatt Deatherage | on behalf of Creditor Tarrant County todd.deatherage@publicans.com<br>Dalia.Balderas@publicans.com;Byron.Wiley@publicans.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| William T. Neary | on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov |

TOTAL: 13