**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NUMBER: 08-43656-MXM |
| **DENNIS RAY HOBBS**<br>**ALINE MARIE HOBBS**<br>**2336 FELDER LN**<br>**FT WORTH, TX  76112** | CHAPTER 13<br><br>JUDGE MARK X MULLIN<br><br>DATE:  4/18/2024 |
| a/k/a | |
| **DEBTORS** | |

**NOTICE OF WITHDRAWAL OF**
**TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tim Truman, Standing Chapter 13 Trustee hereby gives notice of his withdrawal of the Trustee's Final Report and Account filed 01/13/2014.

/s/ Tim Truman
Standing Chapter 13 Trustee