**TIM TRUMAN**
**STANDING CHAPTER 13 TRUSTEE**
**Angela D. Allen, Staff Attorney**
**6851 N.E. Loop 820, Suite 300**
**N. Richland Hills, Texas  76180**
angelaa@ch13ftw.com
**(817) 770-8550**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                                           CASE NO.  08-43656-MXM
**DENIS  & ALINE HOBBS**

**DEBTOR(S)**

**TRUSTEE'S STATUS REPORT**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

      NOW COMES Tim Truman Standing Chapter 13 Trustee and files this STATUS REPORT.  Trustee would respectfully show the Court:

1. This Court has jurisdiction under 11 U.S.C. §§ 105, 363, and 704, 28 U.S.C. § 1334, and Fed. R. Bankr. P. 9019.  This is a core proceeding under 28 U.S.C. §§ 157(b)(1), 157(b)(2)(A) and (M).

2. The Debtor filed a Voluntary Petition for Relief under Chapter 13 on OCTOBER 12, 2009.  Debtor's Plan was confirmed on AUGUST 8, 2008.

3. Debtor's Plan provided a 1% to unsecured creditors.  There are $85,642.04 in general unsecured claims.

4. Debtor has been offered a settlement of $30,000.00.

5. Archer Systems, LLC is the entity managing the settlement.  The Trustee received an email from Archer Systems on June 28, 2024 stating that they are awaiting an update an update on the lien resolution finalization with regard to a Medicare lien.  Once this has been completed the Trustee will be provided with a finalized settlement statement. At that time, the Trustee will file a Motion to Approve the Settlement.

                                                    Respectfully submitted,

                                                    TIM TRUMAN, STANDING CHAPTER 13 TRUSTEE

                                                    By:/s/ Angela D. Allen

                                                       Angela D. Allen
                                                       State Bar No. 00786970
                                                       Attorney for Trustee
                                                       6851 N.E. Loop 820, Suite 300
                                                       N. Richland Hills, Texas  76180
                                                       (817) 770-8550